**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **vs.** | **)** | **CRIMINAL ACTION 1:22-00257-KD-B** |
| | **)** | |
| **JUSTIN SHEA ULRICH,** | **)** | |
|     **Defendant.** | **)** | |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 28) and without any objection having been filed by the parties, the plea of guilty of the Defendant JUSTIN SHEA ULRICH to Count 1 of the Indictment (charging a violation of Title 18, United States Code, Section 922(g)(1), Felon in Possession of a Firearm) is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **July 21, 2023** at **9:00 a.m.** in Courtroom 4B of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama  36602.

**DONE** and **ORDERED** this the **11th** day of **April 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**